UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sierra Sambolin
          Plaintiff,

v.                                           Case No.: 1:22–cv–03276
                                                Honorable LaShonda A. Hunt

Ethos Veterinary Health LLC
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Final Approval Hearing held. Plaintiff's Combined Motion and Memorandum of Law In Support of Final Approval of Class Action Settlement [41] is granted. Plaintiff's Motion in Support of Attorneys' Fees, Costs, and Service Award [39] is granted. Signed order to follow. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.